UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL CALLAHAN<br>Plaintiff | CIVIL ACTION NO: 3:03CV213 (CFD) |
| VS. | |
| WORLDWIDE WINES, INC.<br>Defendant | NOVEMBER 13, 2003 |

### DEFENDANT'S LOCAL RULE 56(a)3 LIST OF EXHIBITS

Pursuant to Local Rule 56(a)3, Defendant hereby attaches the following exhibits as part of its Local Rule 56(a)1 Statement:

1. Affidavit of Howard S. Weiss dated November 12, 2003;

2. Deposition of Michael Callahan dated September 29, 2003;

3. Deposition of Howard S. Weiss dated August 18, 2003;

4. Affidavit of Gary McCabe dated November 12, 2003;

5. Deposition of Gary McCabe dated August 18, 2003;

6. Affidavit of Angelo Pelosi dated October 28, 2003;

7. Affidavit of Louis F. Bouthot dated October 29, 2003;

8. Affidavit of Patrick Jarry dated October 29, 2003;

9. Special Investigations & Recoveries Report dated November 23, 1998;

10. Affidavit of Brian Kociszewksi dated October 29, 2003;

11. Drivers Productivity Evaluation dated March 11, 1999;

12. Service Agreement with @Road dated September 15, 1999;

13. Letter from Plaintiff dated January 16, 2000;

14. Note from Plaintiff dated December 6, 1999;

15. Plaintiff's Complaint (this is part of the court's file and therefore is not included);

16. Defendant's Answer (this is part of the court's file and therefore is not included);

17. Employee Response to Employee Request for Family or Medical Leave dated July 20, 2000;

18. Michael Callahan Leave Calculations for 2000;

19. Weekly Analysis Sheet for Route Productivity for 2000;

20. Analysis Sheet for Route Productivity Summary for July through December, 2000;

21. Weekly Analysis Sheet for Route Productivity for January, 2001;

22. Analysis Sheet for Route Productivity Summary for January through June, 2001;

23. Order dated August 29, 2001; and

24. 31-308a Order dated November 28, 2001.

LAW OFFICES
**BECK AND ELDERGILL, P.C.**
447 CENTER STREET • MANCHESTER, CT 06040 • (860)646-5606 • JURIS NO. 02702

DEFENDANT,
WORLDWIDE WINES, INC.

By /s/ Marc P. Mercier
Marc P. Mercier
Federal Bar No. ct10886
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
Tel: (860) 646-5606

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 13th day of November, 2003 to:

Henry F. Murray
Gregg D. Adler
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT  06105-2922

/s/ Marc P. Mercier
Marc P. Mercier

W W W.Callahan\ExhibitList56a11-03.pld

3