FILED

2003 NOV 14 P 3: 14

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| MICHAEL CALLAHAN<br>Plaintiff | : | CIVIL ACTION NO: 3:03CV213 (CFD) |
| VS. | : | |
| WORLDWIDE WINES, INC.<br>Defendant | : | NOVEMBER 14, 2003 |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Worldwide Wines, Inc. ("Worldwide") hereby moves for summary judgment with respect to all of Plaintiff Michael Callahan's claims.

For the reasons more fully set forth in the accompanying memorandum of law, Plaintiff cannot establish, as a matter of law, that his termination was discriminatory in any way that violates Conn. Gen. Stat. Section 31-290a, the Connecticut Fair Employment Practices Act ("CFEPA"), Conn. Gen. Stat. Section 46a–58 and 46a-60(1), or the Family Medical Leave Act ("FMLA"), 29 U.S.C. Section 2601 et seq. More specifically, Plaintiff

has offered no evidence on any of his three discriminatory termination claims which is sufficient to overcome the business reasons proffered by Defendant. Finally, Plaintiff has no private cause of action pursuant to Conn. Gen. Stat. Section 31-128g.

DEFENDANT,
WORLDWIDE WINES, INC.

By _____
Marc P. Mercier
Federal Bar No. ct10886
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
Tel: (860) 646-5606

### CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 14th day of November, 2003 to:

Henry F. Murray
Gregg D. Adler
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

_____
Marc P. Mercier

W W W.Callahan\MSJ11-03 -03.pld