UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL CALLAHAN<br>           Plaintiff, | CIVIL ACTION NO. |
| v. | 3:03CV213 (CFD) |
| WORLDWIDE WINES, INC<br>           Defendant. | November 20, 2003 |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The plaintiff in the above-captioned case requests an extension of time of 40 days, from December 5, 2003 to January 14, 2004, within which to file his opposition to defendant's motion for summary judgment. This additional time is necessary in order to effectively respond to the defendant's motion, due to the upcoming holiday season and the press of other business. This is the plaintiff's first request for an extension of time regarding this matter. The defendant's counsel, Marc Mercier, has been contacted and consents to the granting of this extension.

Wherefore, the plaintiff respectfully request that the Court grant this Motion for Extension of Time.

THE PLAINTIFF,

By: _____
Henry F. Murray ct17234
Gregg D. Adler ct05698
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821