UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL CALLAHAN | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV213 (CFD) |
| | : | |
| v. | : | |
| | : | |
| WORLDWIDE WINES, INC | : | |
| Defendant. | : | |
| | : | January 6, 2004 |

## MOTION FOR A CONTINUANCE PENDING SETTLEMENT DISCUSSIONS

By an order on January 5, 2004, this Court directed the plaintiff and defendant in the above captioned matter to attend a settlement conference with para judicial officer Emanuel N. Psarakis on January 14, 2004.  In a prior order, this Court also set January 14, 2004 as the due date for the plaintiff's opposition to defendant's motion for summary judgment.  In order to focus attention on settlement and not incur additional attorney's fees and costs needlessly, the plaintiff requests a continuance pending the outcome of settlement discussions.  Should the case fail to settle, the plaintiff requests that his opposition brief be due on January 28, 2004.  Defendant's counsel consents to this request.

THE PLAINTIFF,

By: _____
Henry F. Murray ct17234
Gregg D. Adler  ct05698
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing Motion for A Continuance Pending Settlement Discussions has been sent by first-class, postage prepaid mail on this 6th day of January, 2004 to the following counsel of record:

Marc P. Mercier
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040

                                                                            _____
                                                                             Henry F. Murray