

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL CALLAHAN<br>Plaintiff,<br><br>v.<br><br>WORLDWIDE WINES, INC<br>Defendant. | CIVIL ACTION NO.<br>3:03CV213 (CFD)<br><br><br>January 6, 2004 |

### MOTION FOR A CONTINUANCE PENDING SETTLEMENT DISCUSSIONS

By an order on January 5, 2004, this Court directed the plaintiff and defendant in the above captioned matter to attend a settlement conference with para judicial officer Emanuel N. Psarakis on January 14, 2004. In a prior order, this Court also set January 14, 2004 as the due date for the plaintiff's opposition to defendant's motion for summary judgment. In order to focus attention on settlement and not incur additional attorney's fees and costs needlessly, the plaintiff requests a continuance pending the outcome of settlement discussions. Should the case fail to settle, the plaintiff requests that his opposition brief be due on January 28, 2004. Defendant's counsel consents to this request.

THE PLAINTIFF,

By: _____
Henry F. Murray ct17234
Gregg D. Adler ct05698
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

GRANTED  It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 1/__/04