## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL CALLAHAN | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV213 (CFD) |
| | : | |
| v. | : | |
| | : | |
| WORLDWIDE WINES, INC | : | |
| Defendant. | : | |
| | : | JANUARY 28, 2004 |

## **PLAINTIFF'S LOCAL RULE 56(a)(3) LIST OF EXHIBITS**

Pursuant to Local Rule 56(a)3, the Plaintiff hereby attaches the following exhibits as part of his Local Rule 56(a)(2) Statement.

1. Deposition of Michael Callahan, September 29, 2003;

2. Affidavit of Michael Callahan, January 28, 2004;

3. Deposition of Gary McCabe, August 18, 2003;

4. Employer's First Injury Report, May 22, 1998, May 19, 1999, January 19, 2000, May 18, 2000, November 22, 2000;

5. OSHA Log and Summary, 1998, 1999, 2000;

6. Michael Callahan Personnel File;

7. Telephone Log, May 18, 2000, May 19, 2000;

8. Final Written Warning, October 14, 1998;

9. McCabe Memo to Nancy Marcella, January 30, 2001;

10. Worldwide Wines Employee Discipline, January 1, 1998 - May 30, 2003;

11. Discharged Employees, January 1, 1998 - May 30, 2003;

12. Letters - Gregg Adler to Gary McCabe, April 17, 2001, May 8, 2001;

      Michael Callahan to Gary McCabe, February 12, 2001;

13a - 13e    Weekly Analysis Sheets, 5/21/00 - 5/28/00;

14.    Michael Callahan FMLA & Worker Compensation Chart;

15.    Notation about Michael Callahan's 10% Restriction;

16.    Defendant's CHRO Answer and Responses To Schedule A Requests, September 4, 2001

17.    Collected Cases.

                Respectfully submitted,
                THE PLAINTIFF,


By:  _____
      Henry F. Murray ct17234
      Gregg D. Adler  ct05698
      Livingston, Adler, Pulda, Meiklejohn
        & Kelly, P.C.
      557 Prospect Avenue
      Hartford, CT 06105-2922
      (860) 233-9821

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Plaintiff's Local Rule 56(a)(3) List of Exhibits has been sent by first-class, postage prepaid mail on this 28th day of January, 2004 to the following counsel of record:

Marc P. Mercier
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040

                                            _____
                                            Henry F. Murray