UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * * * *        *
                                         *
MICHAEL CALLAHAN,                        *
       Plaintiff,                        *
                                         * Civil Action No. *
VS.                                      3:03CV213 (CFD)
                                         * August 18, 2003 *
WORLDWIDE WINES, INC.,
       Defendant.                        *
* * * * * * * * * * * * * * * * *
```

**DEPOSITION OF GARY MCCABE**

Taken on behalf of the Plaintiff in the above-entitled cause, before Patricia Tyszka, Registered Merit Reporter, Notary Public, in and for the State of Connecticut, on Monday, August 18, 2003, at 9:39 a.m.,

at the offices of Livingston, Adler, P~lda, Meiklejohn & Kelly, 557 Prospect Avenue, Hartford, Connecticut, ... pursuant to the Federal Rules of Civil Procedure."

PATRICIA TYSZKA, LSR, RMR COURT
REPORTING SERVICES
189 Old Forge Road
West Hartland, Connecticut 06091
(860)379-7955 FAX (860)379-7955

Exhibit A

1   Hartford herel who handles all of our lines of
2   insurance.  What they do for us is search for both
3   health care premiums and property casualty ,workers ,
4   *compi* all the liability lines , and make recommendations
5   to us.
6       Q   Did they make a recommendation to switch from
7   Travelers to Continental because Continental was a more
8   expensive premium?
9       A   I would have to actually defer in stipulating
10  up front that the actual decision to change carriers
11  resides with Mr. Weiss , and I was not -- I was not party
12  to those decisions.  That is , as I mentioned before ,
13  many of the , quote , controller aspects of the management
14  of our business are retained by Mr. Weiss , and that
15  would be one of theml that -
16      Q   But I mean you were aware of what the premiums
17  that were being paidl weren/t you?
18      A   Within certain ballparks.  I was aware of -- I
19  was certainly aware of the need to improve safety *I-to*
20  increase safety standards in the company.
21      Q   And that's because the more safe practices in
22  a workplace, the less worker compensation injuries,
23  correct?
24      A   That would be -- exactly.  That is, I was
25  not -- I was not unaware of the correlation between safe