UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL CALLAHAN | : | CIVIL ACTION NO: 3:03CV213 (CFD) |
|     Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| WORLDWIDE WINES, INC. | : | |
|     Defendant | : | FEBRUARY 12, 2004 |

### DEFENDANT'S AMENDED LOCAL RULE 56(a)1 STATEMENT

Defendant hereby amends its Local Rule 56(a)(1) Statement to include inadvertently omitted pages from the deposition of Gary McCabe attached as Exhibit 5 to Defendant's original 56(a)(1) Statement dated November 13, 2003.  Defendant hereby includes pages 68-76 that were previously referenced but not attached.

                                                DEFENDANT,
                                                WORLDWIDE WINES, INC.

                                                By:
                                                    Marc P. Mercier
                                                    Federal Bar No. ct10886
                                                    Beck & Eldergill, P.C.
                                                    447 Center Street
                                                    Manchester, CT 06040
                                                    Tel:  (860) 646-5606

**CERTIFICATION OF SERVICE**

     I hereby certify that a copy of the foregoing was mailed on this 12th day of February, 2004 to:

Henry F. Murray
Gregg D. Adler
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT   06105-2922

                                             Marc P. Mercier

W W W.Callahan\Amend56a3stmt02 -04.pld