# LAW OFFICES
# LIVINGSTON, ADLER, PULDA, MEIKLEJOHN & KELLY, P.C.

557 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-2922
TELEPHONE: (860) 233-9821 • FAX (860) 232-7818

DANIEL E. LIVINGSTON
GREGG D. ADLER
RUTH L. PULDA
THOMAS W. MEIKLEJOHN
MARY E. KELLY
PETER GOSELIN
DEBORAH L. MCKENNA
HENRY F. MURRAY

OF COUNSEL
ANNE GOLDSTEIN
BETZABETH SANCHEZ



70 HOWARD STREET
NEW LONDON, CONNECTICUT 06320
(860) 204-0201

PLEASE REPLY TO HARTFORD OFFICE

**WRITER'S DIRECT DIAL:**
(860) 570-4635
hfmurray@lapm.org

February 2, 2004

Clerk's Office
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

Re: **Michael Callahan v. Worldwide Wines, Inc.**
**Case No. 3:03cv213 (CFD)**

To the Clerk:

Please include the enclosed original page 6 with the Affidavit of Michael Callahan which was filed with your office on Wednesday, January 28, 2004 as Exhibit 2 to Plaintiff's Local Rule 56(a)(2) Statement.

Thank you for your assistance in this matter.

Very truly yours,

Henry F. Murray

Henry F. Murray

cc: Attorney Marc Mercier

---

The clerk is ordered to docket this letter, and its attachment, and include them in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
4/21/04