- 6 -

31. The other individuals terminated with me for "low productivity" all had significant amounts of lost time injuries and active workers' compensation claims. I believe they were terminated as a result of their engaging in protected activity also.

32. I do not believe Weiss and McCabe regularly reviewed and evaluated my performance as a driver in 2000 since there were no written documents of any kind in my personnel file to support that activity.

33. I believe the decision to terminate my employment was made by McCabe and Weiss after my last workers' compensation injury in November, 2000 and as a result of the accumulated lost time I had during 2000. I believe this to be the case because on the day I was injured, November 22, 2000, I expressed concern to McCabe about my job security because of all the time off the job. At that time McCabe told me my job was fine and not to worry.

34. Following my termination I requested from McCabe a copy of my personnel file. When I did not get it after a week I called and spoke with the bookkeeper, Nancy Marcella. She told me that it had been copied but that McCabe was reviewing it and adding some items and deleting others. I called again one week later and spoke directly to McCabe. He confirmed that the file had been copied but he said he was still reviewing the file and adding and subtracting items. He told me he would be finished in a few days and would then send me the file. I never got the file from him.

35. Although the company said in its answer to my CHRO complaint that it had provided a copy to me, that was untrue. In addition to not providing a copy to me, the company failed to provide it to CHRO although they said they would in answer to the Commission's interrogatories.

36. I only received my personnel file in May, 2003 in response to discovery requests in my pending federal law suit.

I have read the foregoing and it is truthful and accurate to the best of my knowledge and belief.

_Michael R Callahan_
Michael Callahan

Subscribed and sworn to me this 28th day of January, 2004.

_Henry F. Murray_
Henry F. Murray
Commissioner of the Superior Court