UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL CALLAHAN, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 3:03cv213(CFD) |
| | : | |
| WORLDWIDE WINES, INC., | : | |
| Defendant. | : | |

### RULING ON MOTION FOR SUMMARY JUDGMENT

The Defendant's Motion for Summary Judgment **[Doc. #19]** is **DENIED**. There exist genuine issues of material fact, including: whether Plaintiff's filing workers' compensation claims and/or his taking medical leave was a reason for the Defendant's termination of the Plaintiff. The claims as to retaliation under the Connecticut Workers' Compensation Act, Conn. Gen. Stat. § 31-290a, and violation of the Family and Medical Leave Act, 28 U.S.C. § 2601, et seq., remain.

**SO ORDERED** this  24th  day of September 2004 at Hartford, Connecticut.

/s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**