UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL CALLAHAN | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV213 (CFD) |
| | : | |
| v. | : | |
| | : | |
| WORLDWIDE WINES, INC | : | |
| Defendant. | : | |
| | : | October 5, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM

The plaintiff in the above-referenced matter, Michael Callahan, hereby requests an extension of time of one week, from November 2, 2004 to November 9, 2004, within which to file the Joint Trial Memorandum. This is the first request for an extension of time regarding this matter. This request is necessary due to the fact that undersigned counsel has prior Election Day commitments which require him to be out of the state during the days leading up to and including Election Day, November 2, 2004. Defendant's counsel, Mark Mercier, consents to the granting of this request.

THE PLAINTIFF,

By: _____
Henry F. Murray ct17234
Gregg D. Adler ct05698
Livingston, Adler, Pulda, Meiklejohn
& Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing Motion for Extension of Time to File Joint Trial Memorandum has been sent by first-class, postage prepaid mail on this 5th day of October, 2004 to the following counsel of record:

Marc P. Mercier
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040

_____
Henry F. Murray