**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| MICHAEL CALLAHAN : | CIVIL ACTION NO. |
| Plaintiff, : | 3:03CV213 (CFD) |
| v. : |  |
| : |  |
| WORLDWIDE WINES, INC., : |  |
| Defendant : |  |
| : | NOVEMBER 8, 2004 |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

1. Do you know any of the lawyers or law firms involved in this case, and/or have you or any close friend or relative ever been a client of either of the law firms?

    a. If so, please explain the nature of the relationship and state whether you have any feelings that would make it difficult for you to fairly and objectively render a verdict for or against that lawyer's client.

2. Do you know the plaintiff in this case, Michael Callahan?

    a. If so, please explain how you know him and state whether you have any feelings that would make it difficult for you to fairly and objectively render a verdict for or against Mr. Callahan.

3. Have you or any close friends or relatives ever been employed by World Wide Wines, Inc.?

    a. If so, please state who was employed by the World Wide Wines, describe the position held, state when and in what capacity you or your friend or relative

- 2 -

was employed by the company.

    4.    Do you know any of the following individuals who may be called as witnesses or whose name may come up on this case:

- Michael Callahan
- Howard Weiss
- Gary McCabe
- Felix Boutot
- Angelo Pelosi
- James Ceruti
- Robert Jaglowski
- Billy Schwabe
- Gary Frutchey
- Roger Watson
- Pat Jarry
- Gregg Mihalko

    a.    If so, please explain the relationship and state whether you have any feelings that would make it difficult for you to fairly and objectively evaluate any testimony given by that person.

    5.    Are you currently employed?  If so, where are you currently employed?  What is your current position?  How long have you held that job?  How long have you been employed by your current employer?  If retired, where did you previously work?

- 3 -

Is your spouse employed?  If so, where?  If retired, where did your spouse previously work?

     6.    What are the occupations of members of your household (spouse, significant other, relative, grown children)?

     7.    Have you, a relative, significant other, or close friend ever been fired, laid off, or otherwise involuntarily terminated from employment?

          a.    If so, please explain the circumstances.

     8.    Have you or any close friend or relative ever been employed in the personnel or labor relations field for a corporation or a government agency?

          a.    If so, please state when you or the close friend or relative held the position and describe the nature and duties of the position.

     9.  Have you or any close friend or relative ever been in a supervisory position?

          a.  If so, please state when you or the close friend or relative held that position and describe the nature and duties of that position.

     10.    Have you or a close friend or relative ever terminated an employee who worked for you?

          a.  If so, please state the circumstances under which you terminated the employee and the reasons for the termination.

- 4 -

11. Have you or any close friend or relative ever worked in the liquor or wine distribution business?

    a. If so, please state when you or the close friend or relative held the position and describe the nature and duties of the position.

12. Have you or any close friend or relative ever been accused of discrimination or retaliation with respect to their employment?

    a. If so, please describe the circumstances of such accusation.

13. Do you have any opinion about employees who bring lawsuits against their employers?

    a. If so, please describe those opinions.

14. Have you or any close friend or relative ever been involved in a lawsuit either as a party, a witness or a juror?

    a. If you were a party, were you a plaintiff or a defendant? What type of case? What was the result?

    b. If you were a witness, what type of case? For which side did you testify? What was the result?

    c. If you were a juror, did the case go to a verdict? What type of case? What was the verdict?

- 5 -

15.     Would you have any difficulty awarding the plaintiff damages for his economic losses if you were satisfied that he was entitled to them?

16.     Would you have any difficulty awarding punitive damages against the defendant if you were satisfied that such an award should be made?

17.     Would you be capable of finding in favor of an employer over an employee, even though you believed that the employer treated the employee unfairly?