# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| _____ | : | CIVIL ACTION NO. |
| MICHAEL CALLAHAN | : | 3:03CV213 (CFD) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| WORLDWIDE WINES, INC., | : | |
| Defendant | : | |
| _____: | : | NOVEMBER 8, 2004 |

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

The questions to be asked of you are not intended to embarrass you or pry into your private affairs.  If, for any reason, you would prefer not to answer any of the questions put to you in front of other members of the jury panel, please let me know. You will be invited up to a sidebar and will be allowed to respond privately in my presence and in the presence of the lawyers for the parties.

Although my questions are directed to "you" individually, you should also respond if the questions apply to a member of your family, or to a close friend, to the extent that you might be affected by these experiences.

1. Do you know or have you had any dealings with Worldwide Wines, Inc.?

2. Have you ever been employed by Worldwide Wines, Inc.?

3. Do you know the Plaintiff, Michael Callahan, or any of his family members?

4. Do you know any of the attorneys for Mr. Callahan?

5. Do you know the attorney for Worldwide Wines, Inc, Marc Mercier?

6. Have you, or has any member of your family or any close friend, ever been a Plaintiff in a lawsuit?

7. Have you, or has any member of your family or any close friend, ever been a

Defendant in a lawsuit?

8. Have you ever been terminated?

9. If so, is there anything about that experience that might affect your view of this case?

10. Have you, or has any member of your family, ever had to file for workers' compensation benefits?

9. Is there anything about that experience that might affect your view of this case, given the fact that it involves a claim of retaliation for having filed claims for workers' compensation benefits.

10. Have you, or has any member of your family, ever had to file for leave under the Family and Medical Leave Act.

11. Is there anything about that experience that might affect your view of this case, given the fact that it involves a claim of retaliation for having taken leave under the Family and Medical Leave Act.

12. Have you, or has any member of your family, or a close friend, ever been in any kind of dispute or disagreement with their employer?

13. Have you, or has any member of your family or a close friend, ever been self-employed or the owner of a business?

14. Have you ever held a job where your performance was judged by a productivity formula, such as how many items are moved or delivered?

15. Is there anything about that experience that might affect your view of this case, given the fact that it involves an employer who judged employees using a productivity formula?

16. In this case, the Defendant is a wholesaler of wine and beer.  Is there anything about the fact that the Defendant sells those types of products that concerns you or would predispose you against the Defendant?

17.  Is there anyone who feels that they will be predisposed to one side or another given that this case is brought by a former employee against the Defendant?

18. Do you have any opinions regarding the size of jury awards in civil cases?

19. In this case, the Plaintiff has the burden of proof.  If you felt that the Plaintiff has not satisfied his burden of proof, would you be able to send the Plaintiff away without awarding him any damages?