**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____     :     CIVIL ACTION NO.
                                       :
MICHAEL CALLAHAN                       :     3:03CV213 (CFD)
            Plaintiff,                 :
                                       :
v.                                     :
                                       :
WORLDWIDE WINES, INC.,                 :
            Defendant                  :
                                       :
_____:           NOVEMBER 8, 2004


### PLAINTIFF'S PROPOSED VERDICT FORM


1.  Has the plaintiff, Michael Callahan, proved by a preponderance of the

evidence, that the defendant, Worldwide Wines, Inc. discriminated against him for

exercising his rights under the Workers' Compensation system in violation of C. G. S. §

31-290a?

_____ YES                 _____ NO


2.   If you answered Yes to Interrogatory 1, what amount of monetary

compensation and interest do you find that the plaintiff, Michael Callahan, is entitled to?

_____


3.   If you answered Yes to Interrogatory 1, has the plaintiff proven by a

preponderance of the evidence, that the defendant acted with reckless indifference to

the rights of the plaintiff or committed an intentional and wanton violation of those

rights?

_____ YES                    _____ NO


4.   Has the plaintiff, Michael Callahan, proved by a preponderance of the

evidence, that the defendant, Worldwide Wines, Inc., retaliated against him for

exercising his rights under the Family Medical Leave Act (FMLA)?


_____ YES                    _____ NO


5.    If you answered Yes to Interrogatory 4, what amount of monetary

compensation do you find the plaintiff, Michael Callahan, is entitled to?


_____


Your deliberations are now complete.  Please have the jury foreperson sign and

date this Verdict Form, and inform the clerk that you have completed your deliberations.


_____           _____
Foreperson                                      Date