UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____ :
                                     :   CIVIL ACTION NO.
MICHAEL CALLAHAN                     :   3:03CV213 (CFD)
           Plaintiff,                :
v.                                   :
                                     :
WORLDWIDE WINES, INC.,               :
           Defendant                 :
_____ :   NOVEMBER 8, 2004


**DEFENDANT'S PROPOSED VERDICT FORM**

I. Workers' Compensation Discrimination and/or Retaliation pursuant to Conn. Gen. Stat. Section 31-290a.

1. Has Plaintiff proven by a preponderance of the evidence that he was qualified to hold his position with Defendant?

_____ Yes _____ No

Complete the following question only if your answer to the preceding question is "no". If the answer is "no", go to section II.


2. Has Plaintiff proven by a preponderance of the evidence that Defendant discriminated and/or retaliated against in violation of Conn. Gen. Stat. Section 31-290a for Plaintiff's exercising of his rights to workers' compensation benefits?

_____ Yes _____ No

Complete the following question only if your answer to the preceding question is "no". If the answer is "no", go to section II.


3. Has it been proved by a preponderance of the evidence that Defendant would have terminated Plaintiff regardless of his FMLA leave?

_____ Yes _____ No

- 2 -

Complete the following question only if your answer to the preceding question is "no". If the answer is "no", go to section II.

4. If you answered "yes" to Interrogatory 3, what amount of monetary compensation do you find that Plaintiff is entitled to?

_____

5. If you answered "yes" to Interrogatory 3, has the plaintiff proven by a preponderance of the evidence that Defendant acted with intentionally and wantonly or with reckless indifference to the rights of Plaintiff?

_____ Yes     _____ No

II. Discrimination and/or Retaliation under the Family and Medical Leave Act.

6. Has Plaintiff proven by a preponderance of the evidence that he was qualified to hold his position with Defendant?

_____ Yes _____ No

Complete the following question only if your answer to the preceding question is "no". If the answer is "no", have your foreperson sign and date this form because you have completed your deliberations on this claim.

7. Has Plaintiff proven by a preponderance of the evidence that Defendant discriminated and/or retaliated against in violation of the Family and Medical Leave Act ("FMLA") for Plaintiff's exercising of his rights to leave?

_____ Yes _____ No

Complete the following question only if your answer to the preceding question is "no". If the answer is "no", have your foreperson sign and date this form because you have completed your deliberations on this claim.

- 3 -

8. Has it been proved by a preponderance of the evidence that Defendant would have terminated Plaintiff regardless of his FMLA leave?

_____ Yes      _____ No

Complete the following question only if your answer to the preceding question is "no". If the answer is "no", have your foreperson sign and date this form because you have completed your deliberations on this claim.

9. Do you find that Defendant has proven by a preponderance of the evidence that Plaintiff has failed to mitigate his damages?

_____ Yes      _____ No

10.  If you answered "yes" to Interrogatory 8, and taking into account your answer to Interrogatory 9 by deducting, if you answered "yes", the amount of money you find Plaintiff could have reasonably earned after his discharge, what amount of monetary compensation do you find that Plaintiff is entitled to?

_____

III. Total Award

11. If you have awarded Plaintiff damages on more than one claim, keeping in mind my instructions on double recovery, what is your total award of damages for Plaintiff?

_____

_____
Foreperson

_____
Date