UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL CALLAHAN, | : |
|     Plaintiff | : |
| | : |
| v. | : Civil Action No. 3:03CV213(CFD) |
| | : |
| WORLDWIDE WINES, INC., | : |
|     Defendant | : |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____    A recommended ruling on the following motions which are currently pending: (orefm.)

____    A ruling on the following motion which is currently pending: (orefm.)

**X**    A settlement conference (orefmisc./cnf)

____    A conference to discuss and approve the following: (orefmisc./cnf)

____    Other: (orefmisc./misc) _____

**SO ORDERED** this  12th  day of September, 2005, at Hartford, Connecticut.

        /s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**