UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 MAR 31 A 8:09

MICHAEL CALLAHAN               :

Vs.                            :       CASE NO. 3:03CV213 (CFD)

WORLDWIDE WINES INC.           :

## JUDGMENT

Counsel of record having reported to the court on January 27, 2006 that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, March 31, 2006.

KEVIN F. ROWE, CLERK

BY _____
Devorah Johnson
Deputy Clerk